AO 247 (10/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Georgia
## Waycross Division

**FILED**
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 NOV -2 PM 4: 53
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 5:07-CR-00014-1 |
| Johnie Grady ) | USM No: 13006-021 |
| Date of Original Judgment: July 2, 2008 ) | Joseph Jefferson Hennesy, Jr., and Althea L. Buafo |
| Date of Previous Amended Judgment: N/A ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ **months is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated  July 2, 2008,  shall remain in effect.

**IT IS SO ORDERED.**

Order Date: Nov. 2, 2015

_____
Judge's signature

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia

Effective Date: _____
*(if different from order date)*                                         *Printed name and title*